## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 6:19-CV-2123-ORL-22DCI

Plaintiff:
**DAVID POSCHMANN,**

vs.

Defendant:
**CARLTON USA, INC.,**

For:
DREW M. LEVITT
4700 N.W. BOCA RATON BLVD
SUITE 302
BOCA RATON, FL 33431

Received by 24 Hour Process LLC on the 13th day of November, 2019 at 9:48 am to be served on CARLTON USA, INC. C/O MRS. PRAVINA J. PATEL, REGISTERED AGENT, 4651 WEST IRLO BRONSON MEMORIAL HIGHWAY 19 E, KISSIMMEE, FL 34746.

I, Daniel Landol, being duly sworn, depose and say that on the 25th day of November, 2019 at 12:05 pm, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **PRAVNISH PATEL** as **FRONT DESK CLERK** for **CARLTON USA, INC.**, at the address of: **4651 WEST IRLO BRONSON MEMORIAL HIGHWAY 19 E, KISSIMMEE, FL 34746**, and informed said person of the contents therein, in compliance with state statutes and/or Federal Code.

I certify that I am a Certified Process Server in good standing and have proper authority in the jurisdiction in which this service is made. I am not a party to this action and have no interest in the party being served. Under the penalties of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true.

Subscribed and Sworn to before me on the 27 day of Nov 2019 by the affiant who is personally known to me.

NOTARY PUBLIC

Joseph C. Pleasant, Jr.
NOTARY PUBLIC
STATE OF FLORIDA
Comm# GG327655
Expires 5/18/2023

**Daniel Landol**
CPS# 0172

24 Hour Process LLC
6742 Forest Hill Blvd.
#300
West Palm Beach, FL 33413
(561) 705-2378

Our Job Serial Number: JEG-2019001553
Ref: CARLTON USA, INC.

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c

